United States District Court
Southern District of Texas
**ENTERED**
August 27, 2021
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Samir Banerjie, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| Anadarko Petroleum Corp. and Occidental Petroleum Corp., | § § § § | Civil Action No. 21-1515 |
| Defendants. | § § | |

## ~~AMENDED~~ SCHEDULING ORDER

1. __October 15, 2021__      **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. __March 18, 2022__      Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. __April, 15, 2022__      Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. __July 15, 2022__      **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post–deadline discovery.

| | |
|---|---|
| 4. __August 26, 2022__ | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
| 5a. November 14, 2022 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. November 28, 2022. | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. December 2, 2022. | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C. |
| 7. December 5, 2022 | **TRIAL** is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on __8/27/21__, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge