THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Samir Banerjie,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Action No. 4:21-cv-1515 |
| **Anadarko Petroleum Corp. and** § | |
| **Occidental Petroleum Corp.,** § | |
| § | |
| **Defendants.** § | |
| § | |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

Defendants Anadarko Petroleum Corp. and Occidental Petroleum Corp. (collectively "Defendants") submit the following Designation of Expert Witnesses.

This designation reflects the experts that, at this time, Defendants expect to call in the trial of the above-referenced case or by affidavit in post-trial motions/briefing. Defendants reserve the right to supplement this designation if additional facts become available. Defendants also reserve the right for any of their designated experts to supplement, amend, or modify their opinion in this case as additional discovery, information, and/or documentation is made available or compiled. Defendants incorporate and designate any expert that Plaintiff may designate in this case.

(1) **M. Carter Crow**
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Mr. Crow is an attorney who may testify regarding the reasonable and necessary attorneys' fees the parties have incurred in this case, and he may rebut the testimony of Plaintiff's expert on

1

this subject.  He may offer opinions consistent with his education, training, and expertise, and his testimony may be based on his review of any records relevant to Plaintiff's claims for attorneys' fees.  Mr. Crow's biography is attached hereto as Exhibit A.

(2) **Shauna Johnson Clark**
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney Street, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Ms. Clark is an attorney who may testify regarding the reasonable and necessary attorneys' fees the parties have incurred in this case, and she may rebut the testimony of Plaintiff's expert on this subject.  She may offer opinions consistent with her education, training, and expertise, and her testimony may be based on her review of any records relevant to Plaintiff's claims for attorneys' fees.  Ms. Clark's biography is attached hereto as Exhibit B.

Dated:  April 15, 2022

OF COUNSEL:

NORTON ROSE FULBRIGHT US LLP
Kimberly F. Cheeseman
State Bar No. 24082809
S.D. Tex. Id. No. 2254668
kimberly.cheeseman@nortonrosefulbright.com

Andrew Yeh
State Bar No. 24098645
S.D. Tex. No. 2789510
andrew.yeh@nortonrosefulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-7732
Facsimile:      (713) 651-5246

Respectfully submitted,

/s/ *Shauna Johnson Clark*
　　Shauna Johnson Clark
　　State Bar No.  00790977
　　S.D. Tex. Id. No. 18235
　　shauna.clark@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:      (713) 651-5246

*Attorney in Charge for Defendants*

3

## **CERTIFICATE OF SERVICE**

      This pleading was served on the following opposing counsel via the Court's CM/ECF service in compliance with Rule 5 of the Federal Rules of Civil Procedure on April 15, 2022.

Hessam Parzivand  
The Parzivand Law Firm, PLLC  
hp@parzfirm.com  
10701 Corporate Dr., Suite 185  
Stafford, TX 77477  
Telephone: (713) 533-8171  
Telecopier: (713) 533-8193  

                                                    */s/ Kimberly Cheeseman*  
                                                       Kimberly Cheeseman